# IN THE SUPREME COURT OF THE STATE OF NEVADA

FORUM SHOPS, LLC,
                    Appellant,
            vs.
BRUCE JAY GREENBERG, AN
INDIVIDUAL,
                    Respondent.

No. 78448

**FILED**

AUG 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER*

On April 23, 2020, the Court of Appeals entered an Order of Reversal and Remand in this matter. On August 3, 2020, this court granted appellant's telephonic motion for an extension of time to file a petition for review. The parties have now filed a stipulation to dismiss this appeal and for the immediate filing of the remittitur. The stipulation is approved. This appeal is dismissed. Each party shall bear its own costs and attorney fees. The clerk shall issue the remittitur.

It is so ORDERED.

_____Pickering_____, C.J.

cc:     Hon. Gloria Sturman, District Judge
        Persi Mishel, Settlement Judge
        Parnell & Associates
        Richard Harris Law Firm
        Marquis Aurbach Coffing
        Claggett & Sykes Law Firm
        Eight District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

20-31084